IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| KIM RALSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:09cv379-MHT |
| | ) | (WO) |
| U.S. HELICOPTER a/k/a | ) | |
| Helicopter Support Company, | ) | |
| and BELL AEROSPACE | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

This matter is before the court on the plaintiff Kim Ralston's motion for reconsideration following the denial of her motion for extension of time to respond to defendant Bell Aerospace's motion for summary judgment pursuant to Fed. R. Civ. P. 56(f). Ralston has met the requirements under Rule 56(f) for an extension of time to allow for additional depositions.

\* \* \*

Accordingly, it is ORDERED as follows:

(1) Plaintiff Kim Ralston's motion for motion for reconsideration (Doc. No. 32) is granted.

(2) Plaintiff Ralston's response to defendant Bell Aerospace's motion for summary judgment (Doc. No. 26) is now due on April 9, 2010, and defendant Bell Aerospace's reply brief is due on April 23, 2010.

DONE, this the 17th day of March, 2010.

                                               /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**