IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
KIM RALSTON,                      )
                                  )
    Plaintiff,                    )
                                  )    CIVIL ACTION NO.
    v.                            )     1:09cv379-MHT
                                  )         (WO)
U.S. HELICOPTER a/k/a             )
Helicopter Support Company,       )
and BELL AEROSPACE                )
SERVICES, INC.,                   )
                                  )
    Defendants.                   )
```

ORDER

Upon consideration of the parties' motions in limine (Doc. Nos. 67, 68, 69, 73, 74, 75, 76, and 78) and objections (Doc. Nos. 60, 72, and 77), it is ORDERED that the motions are granted and denied and the objections are sustained and overruled to the extent stated in open court during the trial of this case.

DONE, this the 6th day of July, 2010.

                                                /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE