IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


KIM RALSTON,                    )
                                )
        Plaintiff,              )
                                )        CIVIL ACTION NO.
        v.                      )        1:09cv379-MHT
                                )            (WO)
BELL AEROSPACE                  )
SERVICES, INC.,                 )
                                )
        Defendant.              )


### JUDGMENT

On the 2nd day of July, 2010, after this cause had
been presented to a jury, a verdict was returned as
follows:

### Gender-Discrimination Claim

1.   Has Kim Ralston proved by a
preponderance of the evidence that her
gender was a motivating factor for the
decision by Bell Aerospace Services,
Inc. to terminate her, even though other
factors may have also motivated the
company?

Yes   _____
No    ___X___

**xxx**

SO SAY WE ALL.

DONE, this the <u>2nd</u> day of July, 2010.

/s/ Sheila Steinwinder
FOREPERSON

It is therefore the ORDER, JUDGMENT, and DECREE of the court that judgment is entered in favor of defendant Bell Aerospace Services, Inc. and against plaintiff Kim Ralston, with plaintiff Ralston taking nothing by her complaint.

It is further ORDERED that costs are taxed against plaintiff Ralston, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 6th day of July, 2010.

<u>/s/ Myron H. Thompson</u>
UNITED STATES DISTRICT JUDGE
